1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Defendant
8
                      UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12 BALVIR SINGH,                        )
                                        )
13              Plaintiff,              )   No. C 06-7645 MHP
                                        )
14        v.                            )
                                        )   **STIPULATION TO DISMISS AND**
15 EMILIO T. GONZALEZ,                  )   **[PROPOSED] ORDER**
   Director, United States Citizenship  )
16 and Immigration Services,            )
                                        )
17              Defendant.              )
                                        )
18 _____ )

19      Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of

20 record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the

21 Defendant has issued the requested travel documents to Plaintiff's wife and children.

22      Each of the parties shall bear their own costs and fees.

23 Date: February 20, 2007                 Respectfully submitted,

24                                         KEVIN V. RYAN
                                           United States Attorney
25

26                                                    /s/
                                           _____
27                                         EDWARD A. OLSEN
                                           Assistant United States Attorney
28                                         Attorneys for Defendant


   Stip. to Dismiss
   C06-7645 MHP

1

2  Date: February 20, 2007

_____/s/_____
JONATHAN KAUFMAN
Attorney for Plaintiff

3

4

**ORDER**

5

Pursuant to stipulation, IT IS SO ORDERED.

6

7

8  Date: 2/22/2007

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Dismiss
C06-7645 MHP                                    2